# Court of Appeals, State of Michigan

## ORDER

Valerie Urech v Pioneer State Mutual Insurance Company

Docket No.    339784

LC No.       16-013750 NF

Douglas B. Shapiro
Presiding Judge

Jane M. Beckering

Michael J. Kelly
Judges

---

The Court orders that the dissenting opinion is hereby AMENDED. The dissenting opinion contained the following clerical error: Page eight, second paragraph from the bottom, the second sentence should read: That is, reasonable minds could differ on whether Urech understood the nature of the documents her son had her sign and whether at the end of the month she could have recalled who assisted her when.

In all other respects, the July 2, 2019 dissenting opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 0 9 2019
_____
Date

_____
Chief Clerk